

**IT IS ORDERED as set forth below:**

Date: April 4, 2023

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: : | |
| : | CASE NO. **22-56501-PMB** |
| **CUREPOINT, LLC,** : | |
| : | CHAPTER 11 |
| Debtor. : | |
| : | |
| : | |
| **DAVID A. WENDER, in his capacity as** : | |
| **CHAPTER 11 TRUSTEE,** : | |
| : | |
| Plaintiff, : | |
| : | ADVERSARY PROCEEDING |
| v. : | |
| : | NO. **22-5172** |
| **PREMIUM MERCHANT FUNDING 18, LLC,** : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON RULE 26(f) REPORT

Upon review of the information contained in the *Report of Rule 26(f) Conference* filed by counsel for the Plaintiff and counsel for the Defendant named above on April 3, 2023 (Docket No. 14)(the "Rule 26(f) Report"), which provisions are incorporated herein, it is

**ORDERED** that the time limits and provisions stated in the Rule 26(f) Report are **APPROVED** and HEREBY made the Order of the Court. If the parties desire mediation or other form of alternative dispute resolution, the parties shall file a motion with the Court requesting this relief.

The Clerk is directed to serve a copy of this Scheduling Order upon counsel for the Plaintiff, counsel for the Defendant, and the United States Trustee.

**[END OF DOCUMENT]**